No. 74–810. DELP v. OHIO. Ct. App. Ohio, Columbiana County. Certiorari denied.

No. 74–923. FERRARA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–925. MAITA v. WHITMORE, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 74–934. HUESTON ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–951. BOHN ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–953. SCHULLO ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–967. CARTIER v. SECRETARY OF STATE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–995. CIRAOLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–994. SCHOOL COMMITTEE OF SPRINGFIELD v. BOARD OF EDUCATION ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 74–1034. BAIN ET UX. v. MAY DEPARTMENT STORES CO. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.